AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Russell, David E. | 2. Court or Organization  Eastern District of California | 3. Date of Report  10/04/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Recalled Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee of Family Trust. Assets reported in Part VII | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 14, 2015 to May17, 2015 | Monterey, California | Participation in Bankruptcy Programs for profesionals | 3 nights lodging and some meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | SMR IRA | | | | | | | | | |
| 2. | 1. American Electric Power Co | A | Dividend | J | T | | | | | |
| 3. | 2. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 4. | 3. BP PLC ADS | A | Dividend | J | T | | | | | |
| 5. | 4. Chico Fas Inc. | A | Dividend | J | T | | | | | |
| 6. | 5. Clorox Co De | A | Dividend | J | T | | | | | |
| 7. | 6. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 8. | 7. General Mills Inc. | A | Dividend | J | T | | | | | |
| 9. | 8. Hawaiian Electric Ind | A | Dividend | J | T | | | | | |
| 10. | 9. Nestle Spon ADR Reg Shr | A | Dividend | J | T | | | | | |
| 11. | 10. Pepsico Inc | A | Dividend | J | T | | | | | |
| 12. | 11. PG&E Corporation | A | Dividend | J | T | | | | | |
| 13. | 12. Plum Creek Timber | A | Dividend | J | T | | | | | |
| 14. | 13. Procter & Gamble | A | Dividend | J | T | | | | | |
| 15. | 14. Target Corp | A | Dividend | J | T | | | | | |
| 16. | 15. M/S Bank | A | Interest | J | T | | | | | |
| 17. | DER IRA (see Part VIII) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | 1. M/S Bank | A | Interest | K | T | | | | | |
| 19. | 2. Alerian MLP ETF | | None | | | Sold | 02/11/15 | J | B | |
| 20. | 3. Cheniere Energy Inc New | | None | J | T | Buy | 02/11/15 | J | | |
| 21. | 4. Cheniere Energy Partners LP | A | Distribution | J | T | Buy | 02/11/15 | J | | |
| 22. | 5. CPFL Energia S.A. | | None | | | Sold | 02/11/15 | J | | Loss on sale |
| 23. | 6..Energy Trans Eqty LP | A | Distribution | J | T | Buy | 02/11/15 | J | | |
| 24. | 7. Health Care Sel Sect SPDR FD | A | Dividend | | | Sold | 02/11/15 | J | B | |
| 25. | 8.Industrial Sel Sect SPDR FD | | None | | | Sold | 02/11/15 | J | B | |
| 26. | 9.Markwest Engy Ptnrs LP | A | Distribution | | | Buy | 02/11/15 | J | | |
| 27. | 10.Markwest Engy Prtnrs LP | | None | | | Redeemed | 12/04/15 | J | | Exchange for MPLX (below) |
| 28. | 11. MPLX Com Unit Rep Ltd | | None | J | T | Open | 12/04/15 | J | | Exchange for Markwest abov |
| 29. | 12. Summit Midstream Prtnrs LP | A | Distribution | J | T | Buy | 02/11/15 | J | | |
| 30. | 13. ISHARES Cohen & Steers REIT ETF | | None | | | Sold | 02/11/15 | J | B | |
| 31. | 14. ISHARES High Divd ETF | | None | | | Sold | 02/11/15 | J | B | |
| 32. | 15. ISHARES IBoxx Invest Gr Cor Bd | A | Distribution | J | T | Buy | 02/11/15 | J | | |
| 33. | 16. ISHARES Intl Sel Divd ETF | | None | | | Sold | 02/11/15 | J | | Loss on sale |
| 34. | 17. ISHARES Micro-Cap ETF | A | Dividend | J | T | Buy | 02/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Russell, David E. | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 18. ISHARES S&P 500 GRWTH ETF | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 36. 19. ISHARES S&P 500 VAL ETF | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 37. 20. ISHARES S&P Mid-Cap 400 G ETF | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 38. 21. ISHARES Mid-Cap 400 V ETF | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 39. 22. ISHARES S&P Midcap 400 Index | | None | | | Sold | 02/11/15 | K | D | |
| 40. 23. ISHARES S&P Smallcap 600 Index | | None | | | Sold | 02/11/15 | J | D | |
| 41. 24. . ISHARES US Technology ETF | | None | | | Sold | 02/11/15 | J | B | |
| 42. 25. S & P 500 Index FD | | None | | | Sold | 02/11/15 | J | B | |
| 43. 26. SPDR DJ Wilshire Global REA | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 44. 27. Vanguard FTSE Developed Mkts | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 45. 28. Vanguard FTSE Pacific ETF | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 46. 29. Vanguard Sm Cap Growth ETF | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 47. 30. Vangurard Sm Cap Value ETF | A | Dividend | J | T | Buy | 02/11/15 | K | | |
| 48. 31. Vanguard Total Bond Market | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 49. 32. Wisdom Tree Europe Hedged Equit | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 50. 33. AQR Managed Futures Strategy I | B | Dividend | K | T | Buy (add'l) | 02/11/15 | J | | Reinvest Cap Gains & Divds |
| 51. 34. Blackrock Multi-Asset Inc Inst | A | Dividend | K | T | Buy | 02/11/15 | K | | Reinvest Cap Gains & Divds |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Russell, David E. | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | 35. Columbia Acorn Z | | None | | | Sold | 02/11/15 | K | B | |
| 53. | 36. Coiumbia Select LG CP Growth Z | A | Distribution | K | T | Buy | 02/11/15 | K | | Reinvest Cap Gains |
| 54. | 37. First Eagle Global I | A | Dividend | J | T | Sold (part) | 02/11/15 | J | B | Reinvest Cap Gains & Divds |
| 55. | 38. First Eagle Gold I | | None | | | Sold | 02/11/15 | J | | Loss on sale |
| 56. | 39. Goldman Sachs N-11 Equity | | None | | | Sold | 02/11/15 | J | | Loss on sale |
| 57. | 40. Goldman Sachs Strategic Inc I | A | Dividend | K | T | Buy | 02/11/15 | K | | Rwinvest Dividends |
| 58. | 41. Good Harbor US Tactical Core 1 | | None | | | Sold | 02/11/15 | J | | Loss on sale |
| 59. | 42. Mainstay High Yield Opport 1 | A | Dividend | | | Buy (add'l) | 02/11/15 | J | | Reinvest Dividends |
| 60. | 43. Mainstay High Yield Opport 1 | | | | | Sold | 05/04/15 | J | | Loaa on sale |
| 61. | 44. Oppenheimer Intl Smll-Mid Co Y | A | Dividend | J | T | Sold (part) | 02/11/15 | J | B | Reinvest Dividends |
| 62. | 45. Oppenheimer Sr Floating Rate Y | A | Dividend | | | Sold | 02/11/15 | J | | Reinvest Div Loss on sale |
| 63. | 46. Pimco Emerging Local Bd P | A | Dividend | | | Sold | 02/11/15 | J | | Reinvest DIv Loss on Sale |
| 64. | 47. Pioneer Mlti Ast Ult Sht Inc Y | A | Dividend | | | Sold | 02/11/15 | K | | Reinvest Div Loss on sale |
| 65. | 48. Pioneer Strategic Income Y | A | Dividend | | | Sold | 02/11/15 | K | | Reinvest Div Loss on sale |
| 66. | 49. Prudential Total Return Bd Z | A | Dividend | K | T | Sold (part) | 02/11/15 | J | | Reinvest Div Loss on sale |
| 67. | 50. Templeton Global Bd Fd Adv | | None | | | Sold | 02/11/15 | J | | Loss on sale |
| 68. | 51. Templeton GLB Total Return Adv | A | Dividend | J | T | Buy | 02/11/15 | J | | Reinvest Dividends |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 52. Tortoise Mlp & Pipeline Inst | A | Dividend | | | Buy | 02/11/15 | J | | Reinvest Dividends |
| 70. 53. Tortoise Mlp & Pioeline Inst | | | | | Sold | 05/04/15 | J | A | |
| 71. CASH FUNDS | | | | | | | | | |
| 72. 1. American Express Savings | B | Interest | M | T | | | | | |
| 73. 2. Golden 1 Credit Union | A | Int./Div. | J | T | | | | | |
| 74. 3. Safe Credit Union | A | Int./Div. | J | T | | | | | |
| 75. 4. Schools Financial Credit Union | A | Int./Div. | K | T | | | | | |
| 76. FAMILY TRUST | | | | | | | | | |
| 77. 1. M/S Bank & Money Mkt Fds | A | Interest | L | T | | | | | |
| 78. 2. 3M Company | A | Dividend | J | T | | | | | |
| 79. 3. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 80. 4. Abbieve Inc Com | A | Dividend | J | T | | | | | |
| 81. 5. Aflac Incorporated | | None | J | T | Buy | 12/02/15 | J | | |
| 82. 6. Alphabet Inc Cl A (see no. | | None | J | T | | | | | name change fr Google Cl A |
| 83. 7. Alphabet Inc Cl C (see no. | | None | J | T | | | | | name change fr Google Cl C |
| 84. 8. Altria Group Inc | A | Dividend | J | T | | | | | |
| 85. 9. American Tower REIT Com | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | 10. Anadarko Petroleum | A | Dividend | J | T | | | | | |
| 87. | 11. Apple Inc | | None | J | T | Buy | 11/13/15 | J | | |
| 88. | 12. Arthur J. Gallagher | A | Dividend | J | T | | | | | |
| 89. | 13. AT&T | A | Dividend | J | T | | | | | |
| 90. | 14. Atmos Energy | A | Dividend | J | T | | | | | |
| 91. | 15. Berkshire Hathaway B | | None | K | T | | | | | |
| 92. | 16. Catapillar Inc | A | Dividend | J | T | | | | | |
| 93. | 17. Celgene Corp | | None | J | T | | | | | |
| 94. | 18. Chevron Corp | A | Dividend | J | T | | | | | |
| 95. | 19. Cincinnati Financial | A | Dividend | J | T | | | | | |
| 96. | 20. Conoco Phillips | A | Dividend | J | T | | | | | |
| 97. | 21. Costco Wholesale Corp New | A | Dividend | J | T | | | | | |
| 98. | 22. CSX Corp | A | Dividend | J | T | Buy | 11/13/15 | J | | |
| 99. | 23. CVS Health Corp Com | | None | J | T | Buy | 11/13/15 | J | | |
| 100. | 24. Dow Chemical Company | A | Dividend | J | T | | | | | |
| 101. | 25. Duke Energy Corp | A | Dividend | K | T | | | | | |
| 102. | 26. Eli Lilly & Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. 27. Ford Motor Co New | | None | J | T | Buy | 12/02/15 | J | | |
| 104. 28. Frontier Communications Corp | A | Dividend | J | T | | | | | |
| 105. 29. Google Inc Cl A (see item 6 above) | | None | | | | | | | Name change to Alphabet |
| 106. 30. Google Inc-Cl C (see item 7 above) | | None | | | | | | | Name change to Alphabet |
| 107. 31. Halyard Health | | None | J | T | | | | | |
| 108. 32. Health Care REIT (see item 62 below) | A | Dividend | | | | | | | Excng for Welltower Inc |
| 109. 33. Home Depot Inc | A | Dividend | J | T | | | | | |
| 110. 34. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 111. 35. Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 112. 36. Kinder Morgan Incorp | A | Dividend | J | T | | | | | |
| 113. 37. Kraft Heinz Co | A | Dividend | | | | | | | see line above |
| 114. 38. Leucadia Nat CP | A | Dividend | | | Sold | 12/02/15 | J | | Loss on sale |
| 115. 39. Linkedin Corp | | None | J | T | Buy | 05/01/15 | J | | |
| 116. 40. Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 117. 41. MercadoLibre Inc | A | Dividend | J | T | | | | | |
| 118. 42. MetLife Incorporated | | None | J | T | Buy | 12/02/15 | J | | |
| 119. 43. Microsoft Corp | | None | J | T | Buy | 12/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. 44. Mondelez Intl Inc Com | A | Dividend | J | T | | | | | |
| 121. 45. Nextera Energy Inc Com | A | Dividend | K | T | | | | | |
| 122. 46. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 123. 47. Otter Tail Corp | A | Dividend | J | T | | | | | |
| 124. 48. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 125. 49. Phillips 66 Com | A | Dividend | J | T | | | | | |
| 126. 50. Rackspace Hosting Inc Com | | None | | | Sold | 12/02/15 | J | | Loss on sale |
| 127. 51. Royal Dutch Shell PLC CL B | A | Dividend | | | Sold | 12/02/15 | J | | Loss on sale |
| 128. 52. Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 129. 53. Stratasys LTD SHS | | None | | | Sold | 02/05/15 | J | | Loss on sale |
| 130. 54. Sysco Corp | A | Dividend | J | T | | | | | |
| 131. 55. Time Inc | A | Dividend | J | T | | | | | |
| 132. 56. Time Warner Cable Inc New | A | Dividend | K | T | | | | | |
| 133. 57. Time Warner Inc New | A | Dividend | J | T | | | | | |
| 134. 58. TJX COS Inc New | A | Dividend | L | T | | | | | |
| 135. 59. USG Corp New | | None | J | T | | | | | |
| 136. 60. Verizon Communications | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Russell, David E. | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  61. Waste Connections | A | Dividend | J | T | | | | | |
| 138.  62. Welltower Inc (see item 32 above) | A | Dividend | J | T | Open | 09/30/15 | J | | Exchng frm Healthcare REIT |
| 139.  63. Blackrock Cal Muni Inc Trust | A | Int./Div. | K | T | Buy (add'l) | 02/05/15 | J | | |
| 140.  64. IShares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 141.  65. IShares Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 142.  66. Prospect Capital Corp | A | Distribution | J | T | | | | | |
| 143.  67. SPDR S & P Emerging Asia Pacif | A | Dividend | J | T | | | | | |
| 144.  68. SPDR S & P Intl Utilities Sect | A | Dividend | | | Sold | 12/02/15 | J | | Loss on sale |
| 145.  69. The Technology Sel Sec SPDR FD | A | Dividend | K | T | | | | | |
| 146.  70. California St Genl Oblig Bds | A | Interest | K | T | | | | | |
| 147.  71. Columbia Select Smllr Cp Val A | A | Dividend | J | T | | | | | |
| 148.  72. Franklin CA Tax Free Income Fd | A | Dividend | J | T | | | | | |
| 149.  73. Franklin Mutual Global Discovery A | A | Dividend | J | T | | | | | |
| 150.  74. Thornburg CA Ltd Term Muni A Fd | A | Dividend | J | T | | | | | |
| 151.  75. Rental Property, Lincoln, CA | E | Rent | N | W | | | | | |
| 152.  89. Netgear | | None | | | Sold | 05/04/15 | J | | Loss on sale |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 10/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, David E.** | 10/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 17. The DER IRA is managed by our broker. We have limited control over the investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Russell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544